IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) JOEL MORENO-ESPADA, a/k/a Joel (Counts One and Two) <br> 2) JOSE RAFAEL VELAZQUEZ-LOPEZ, a/k/a Bebe (Counts One and Two) <br> 3) ITHIER RIVERA-SANTIAGO, a/k/a Ithier (Counts One, Two and Three) <br> 4) JOSE RAFAEL ORTIZ-MELENDEZ, a/k/a Bombero, a/k/a Rafa <br> 5) JOSE A. RIVERA-SANTIAGO, a/k/a Pelón (Counts One and Two) <br> 6) HECTOR LOPEZ-FLORES, a/k/a Kiko <br> 7) LUIS DANIEL MELENDEZ-SANCHEZ, a/k/a Corito (Counts One, Two and Three) <br> 8) MIGUEL A. LOPEZ-PAGAN, a/k/a Macho <br> 9) OMAR MORENO-ESPADA, a/k/a Omar (Counts One and Two) <br> 10) RAMON L. MARTINEZ-RODRIGUEZ, a/k/a Negro, a/k/a Spiderman (Counts One and Two) <br> 11) JOSE RIVERA-GONZALEZ, a/k/a Gil (Count One) <br> 12) JOSE E. RIVERA-GONZALEZ, a/k/a Geño (Count One) <br> 13) CARLOS JOSE CRUZ-FRANCO, a/k/a Margaro <br> 14) SONIA ESPADA-MALAVE, a/k/a Coja (Count One) <br> **15) LIZETTE RIVERA-ESPADA**, a/k/a Pelota (Count One) <br> 16) YARITZA I. FRANCESCHI-MALAVE (Count One) <br> Defendants | CRIMINAL 05-0383CCC |

**ORDER**

On February 8, 2012, U.S. Magistrate Judge Marcos E. López held a hearing for defendant Lizette Rivera-Espada (15) to show cause why the term of supervised release being served by her should not be revoked for her failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated

CRIMINAL 05-0383CCC            2

the terms of her supervised release (**docket entry 856**).  Accordingly, defendant Rivera-Espada is hereby GRANTED a final term of eleven (11) days after notice to inform whether she will present any further argument or additional evidence on this issue before the Court makes its final ruling.  The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The **final revocation hearing is set for March 6, 2012 at 4:15 PM**.

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against her,
2. to present evidence on her own behalf,
3. to the opportunity to question witnesses against her, and
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on February 13, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge